IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR49 |
| v. | ) | |
| CAROL FRAZIER | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to extend self-surrender date, Filing No. 101, for defendant Carol A. Frazier. Following a hearing in this matter, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED that the defendant's motion, Filing No. 101, is granted, and defendant Carol Frazier shall self-surrender on August 10, 2011.

DATED this 3rd day of August, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge