IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR49 |
| v. | ) | |
| CAROL FRAZIER | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to extend self-surrender date, Filing No. 105. Following a hearing in this matter, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED:

1. The defendant's motion, Filing No. 105, is granted.

2. The defendant's self-surrender date is taken under advisement pending the government's report regarding the designated Bureau of Prison facility's ability to adequately provide for the defendant's medical conditions.

3. A status hearing is scheduled for August 25, 2011 at 2:00 p.m., Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska The defendant is allowed to participate by telephone.

DATED this 5th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge